UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

JEFFREY S. PITTMAN, ERIN E. MACK,
C.J.M, an infant by her proposed Guardian
*ad Litem* JEFFREY S. PITTMAN,

                 **Plaintiffs,**

        -against-                          1:25-cv-05006 (ALC)

PANDORA MEDIA, LLC (a subsidiary of      **AMENDED ORDER**
Sirius XM Holdings Inc.), DITTO LTD
(trading as Ditto Music), SIRIUS XM
HOLDINGS INC.,

                 **Defendants.**

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Parties' motions and correspondence concerning the remand of this case to state court. *See* ECF Nos. 6–19. Upon review of the Parties' submissions, the Court notes that the Parties agree that this case should be remanded to state court, but Plaintiffs seek costs and expenses incurred as a result of Defendants' improper removal to federal court.

       The Court **ORDERS** that Defendants file a letter brief responsive to Plaintiffs' claims for costs pursuant to Fed. R. Civ. P. Rule 11 and 28 U.S.C. § 1447(c). Defendants should specifically argue why the Court should not order payment to Plaintiffs of just costs and actual expenses incurred as a result of the removal. The letter brief, of no more than five (5) pages, shall be filed with the Court on Thursday, June 26, 2025.

       The Court further **ORDERS** that Plaintiffs file a response to Defendants' letter brief. Plaintiffs should provide further elucidation on their calculation of costs, particularly the time and resources incurred in remanding this case to state court. The letter brief, of no more than

three (3) pages, shall be filed with the Court on Friday, June 27, 2025.

The Court **ORDERS** the Parties to appear before the Court in a telephonic status conference on Monday, June 30, 2025, at 12 P.M.  All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

Last, because Plaintiffs have not consented to receive electronic service via ECF, Defendants are **ORDERED** to serve this order on Plaintiffs by email on June 26.  Defendants are further **ORDERED** to serve their letter brief on Plaintiffs by email on June 26.  Plaintiffs are **ORDERED** to serve their responsive letter brief on Defendants by email on June 27.  Defendants are **ORDERED** to file Plaintiffs' responsive letter brief on ECF on June 27.

This Amended Order supersedes the Court's prior Order docketed at ECF No. 20.

**SO ORDERED.**

**Dated:   June 26, 2025**
         **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**