UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PITTMAN, ET AL,

                           Plaintiffs,

                                                             25-cv-5006 (ALC)

          -against-

                                                             **ORDER**

PANDORA MEDIA, LLC, ET AL,

                           Defendants.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the conference held on June 30, 2025, the Court advises the Parties of the following deadlines:

- July 8, 2025:   Defendants are ORDERED to pay $104.24 in costs to Plaintiffs; and
- July 18, 2025:   Plaintiffs are ORDERED to file a letter on the Court's docket advising whether they will file a motion for sanctions under Rule 11.

**SO ORDERED.**

**Dated:   June 30, 2025**

      New York, New York

                                                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**