UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
JEFFREY S. PITTMAN, ERIN E. MACK,
C.J.M, an infant by her proposed Guardian
*ad Litem* JEFFREY S. PITTMAN,

       **Plaintiffs**,

   -against-          1:25-cv-05006 (ALC)

PANDORA MEDIA, LLC (a subsidiary of  **ORDER OF REMAND**
Sirius XM Holdings Inc.), DITTO LTD
(trading as Ditto Music), SIRIUS XM
HOLDINGS INC.,

       **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court finds that it lacks subject-matter jurisdiction over this case and ORDERS that this case be remanded to state court pursuant to 28 U.S.C. § 1447. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Dated:  June 30, 2025**

   New York, New York           **ANDREW L. CARTER, JR.**
                        **United States District Judge**