UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JEFFREY S. PITTMAN, ERIN E. MACK,
C.J.M, an infant by her proposed Guardian
*ad Litem* JEFFREY S. PITTMAN,

                **Plaintiffs,**

        -against-                      1:25-cv-05006 (ALC)

PANDORA MEDIA, LLC (a subsidiary of     **ORDER**
Sirius XM Holdings Inc.), DITTO LTD
(trading as Ditto Music), SIRIUS XM
HOLDINGS INC.,

                **Defendants.**

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs July 17, 2025 letter giving notice of their intention to file a motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure. The Court grants leave for Plaintiffs to file such motion and hereby **ORDERS** the Parties to adhere to the following briefing schedule:

- Opening brief due August 21, 2025;
- Opposition due September 4, 2025;
- Reply, if any, due September 11, 2025.

**SO ORDERED.**

**Dated:   July 31, 2025**

       New York, New York                            **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**